## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    Civil No. 06-CV-2205 (JNE/SRN)

        Petitioner,

v.                                                                   ORDER

Rayford Knight,

        Respondent.

---

Perry F. Sekus, Esq., on behalf of Petitioner

Lyonel Norris, Esq., on behalf of Respondent

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 31, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.      The Government's Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 (Doc. No. 1) is **GRANTED**. Respondent is in need of custody for care or treatment of a mental disease and/or defect; and

2.      Respondent is committed to the custody of the Attorney General of the  United States pursuant to 18 U.S.C. § 4245 for hospitalization and treatment, preferably at FMC

Rochester, until the Respondent is no longer in need of such custody for care and

treatment, or until the expiration of the sentence of imprisonment, whichever occurs

earlier.

Dated: August 23, 2006

s/ Joan N. Ericksen
Judge Joan N. Ericksen
United States District Court Judge